# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **DAVID LEMON**, | |
| **PLAINTIFF**, | CASE NO. 1:23-cv-00658-DRC |
| v. | |
| **EVANS FOOD GROUP LTD.**, et al., | JUDGE DOUGLAS R. COLE |
| **DEFENDANTS**. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses all claims against all defendants without prejudice.

Respectfully submitted,

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619)
Jessica R. Doogan (Ohio Bar No. 0092105)
Paul S. Filippelli (Ohio Bar No. 0097085)
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com
jdoogan@willisattorneys.com
pfilippelli@willisattorneys.com

*Attorneys for Plaintiff David Lemon*

## CERTIFICATE OF SERVICE

I certify that, on October 16, 2023, I filed this document and any attachments with the Clerk of Courts via its electronic filing system, which will provide notice and a copy of the filing to all counsel of record.

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619)